No. 8806. STATE OF MONTANA ex rel. R. L. STARNES, Plaintiff and Petitioner, *v.* DISTRICT COURT OF THE EIGHTH JUDICIAL DISTRICT OF THE STATE OF MONTANA, in and for the COUNTY OF CHOTEAU, and the HONORABLE C. F. HOLT, a Judge thereof, and HAROLD ROUDEBUSH as Clerk of said District Court, Defendants and Respondents.

It is ordered that the petition for a writ of review herein be and the same is denied.

Done this *19th day of December, 1947.*

> Chief Justice, HUGH ADAIR,
> Associate Justice, I. W. CHOATE,
> Associate Justice, FRED L. GIBSON,
> Associate Justice, LEE METCALF.

Attorneys for Relator, *E. J. Stromnes* of Great Falls and *H. F. Miller* and *Grover C. Schmidt* both of Fort Benton.

No. 8717. EDWARD AUBERT and J. C. AUBERT, Plaintiffs and Respondents, *v.* SUSIE H. GALBREATH, Defendant and Appellant.

On motion and praecipe of S. J. Rigney, Esq., of counsel for appellant, it is ordered that this appeal be dismissed.

Done in open court this *26th day of January, 1948.*

Attorneys for Appellant, *S. J. Rigney,* of Cut Bank and *E. J. McCabe,* of Great Falls.

Attorney for Respondent, *John J. Greene,* of Cut Bank.